UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-01285-CEM-EJK

HOWARD COHAN,

    Plaintiff,

vs.

SKYLINE HOTELS, LLC
a Florida Limited Liability Company
d/b/a HOLIDAY INN ORLANDO EAST UCF AREA

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a Notice of Voluntary Dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 18, 2023.

                By: **/s/ Gregory S. Sconzo**
                Gregory S. Sconzo, Esq.
                Florida Bar No.: 0105553
                Sconzo Law Office, P.A.
                3825 PGA Boulevard, Suite 207
                Palm Beach Gardens, FL 33410
                Telephone: (561) 729-0940
                Facsimile: (561) 491-9459
                Email: greg@sconzolawoffice.com
                Email: alexa@sconzolawoffice.com
                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Counsel for Defendant via email at: rishi@ggrouplaw.com.

                                            **/s/ Gregory S. Sconzo**
                                            **Gregory S. Sconzo, Esq.**